UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISHTOYO FOUNDATION, VENTURA COASTKEEPER, a program of the WISHTOYO FOUNDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>WIGGINS LIFT CO., INC. a corporation, DOES 1 through 10,<br><br>    Defendants. | Case No. CV 17-2204-GW(SKx)<br><br>**ORDER TO SHOW CAUSE RE: FILING [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)** |

WHEREAS, the Court has reviewed the Notice of Settlement jointly submitted by the parties indicating that the parties have agreed to a [Proposed] Consent Decree;

WHEREAS, the settlement is contingent upon the expiration of the federal regulatory agencies' 45-day review period of the [Proposed] Consent Decree required

by the federal Clean Water Act and 40 C.F.R. § 135.5 and then entry of the [Proposed] Consent Decree by the Court;

WHEREAS, no order disposing of this action may be entered prior to the expiration of the federal regulatory agencies' 45-day review period; and

WHEREAS, the regulatory agencies' review period will end on or about May 8, 2017.

THEREFORE, GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. An Order to Show Cause re: Submission of the [Proposed] Consent Decree for the Court's consideration and approval is set for May 8, 2017 at 8:30 a.m.;

2. The Order to Show Cause will be discharged if the [Proposed] Consent Decree is filed before the appearance; and

3. All other deadlines are vacated.

IT IS SO ORDERED.

Date: March 27, 2017         _____
                              Hon. George H. Wu
                              United States District Judge