Gideon Kracov (State Bar No. 179815)
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Jason Weiner (State Bar No. 259264)
WISHTOYO FOUNDATION and VENTURA COASTKEEPER
9452 Telephone Rd. #432
Ventura, California 93004
Tel: (805) 658-1120
Fax: (805) 258- 5107
Email: jweiner.venturacoastkeeper@wishtoyo.org

Attorneys for Plaintiff WISHTOYO FOUNDATION, and VENTURA
COASTKEEPER, a program of the WISHTOYO FOUNDATION

Jonathan E. Shardlow (State Bar No. 237539)
GRESHAM SAVAGE NOLAN & TILDEN, P.C.
550 E. Hospitality Lane, Suite 300
San Bernardino, CA 92408-4205
Telephone:   (909) 890-4499
Facsimile:    (909) 890-0687
Email: Jonathan.shardlow@greshamsavage.com

Attorneys for Defendant WIGGINS LIFT CO., INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISHTOYO FOUNDATION, a non-profit corporation, and VENTURA COASTKEEPER, a program of the WISHTOYO FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>WIGGINS LIFT CO., INC. a corporation, DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-2204-GW-SK<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE AND REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)** |

**TO THE HONORABLE COURT:**

On or about March 21, 2017, WISHTOYO FOUNDATION, a California non-profit corporation, and VENTURA COASTKEEPER, a program of the Wishtoyo Foundation (collectively "WISHTOYO" or "Plaintiff") and Defendant Wiggins Lift Co., Inc. ("Defendant") (collectively "the Parties") reached an agreement to settle this federal Clean Water Act matter.

The Parties jointly notified the Court of the settlement and a [Proposed] Consent Decree on March 22, 2017. *See* ECF Doc. No. 8. The Parties further advised the Court that, as required by the Clean Water Act and its implementing regulations, Plaintiff had submitted the [Proposed] Consent Decree to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of the EPA and the United States Attorney General Citizen Suit Coordinator (collectively "the Agencies") for the Agencies' required 45-day review under 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5.

The Court has set May 18, 2017 at 9:30 a.m. for a hearing on an Order to Show Cause re: Entry of the [Proposed] Consent Decree. *See* ECF Doc. No. 12.

On May 12, 2017, the Agencies notified the Court and the Parties that they had reviewed the [Proposed] Consent Decree and that they did not object to entry of the [Proposed] Consent Decree. *See* ECF Doc. No. 13.

The [Proposed] Consent Decree is attached hereto as Exhibit A for the Court's consideration and requested entry on page 21. Among other things, the [Proposed] Consent Decree ¶ 10 requires installation of a stormwater treatment system at Defendant's facility which is the subject of this case. The [Proposed] Consent Decree includes a request in ¶ 24 that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

///

1    The Parties respectfully request that the Court enter the [Proposed] Consent

2    Decree.

3

4                                                WISHTOYO FOUNDATION AND

5                                                VENTURA COASTKEEPER

6    Dated:        May 15, 2017                  /s/ per L.R. 5-4.3.4

7                                                Jason Weiner

8                                                Attorney for Plaintiffs

9                                                LAW OFFICE OF GIDEON KRACOV

10

11   Dated:        May 15, 2017

12                                               Gideon Kracov

13                                               Attorney for Plaintiffs

14                                               GRESHAM SAVAGE NOLAN &

15                                               TILDEN, P.C.

16   Dated:        May 15, 2017                  /s/ per L.R. 5-4.3.4

17                                               Jonathan E. Shardlow

18                                               Attorney for Defendant

19

20   Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the

21   signatories listed, and on whose behalf the filing is submitted, concur in the filing's

22   content and have authorized the filing.

23

24

25

26

27

28

NOTICE OF LODGING OF
[PROPOSED] CONSENT DECREE;                        3                  CASE NO. 2:17-cv-2204-GW-SK
REQUEST FOR ENTRY OF
[PROPOSED] CONSENT DECREE